IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CATHERINE G. FITCH,<br>  a citizen of Massachusetts,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN DOES; JANE DOES; and ABC COMPANIES,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 04-CV12428 [RCL]<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, there being no Appearances, Answers or Motions for Summary Judgment filed by any defendant, Plaintiff, Catherine G. Fitch, hereby voluntarily dismisses the above-captioned action without prejudice.

                                            Respectfully submitted,

                                            CATHERINE G. FITCH,

                                            By her attorneys,

                                            _____/s/ Kent Sinclair_____
                                            Kent D.B. Sinclair (BBO No. 639597)
                                            SEYFARTH SHAW LLP
                                            World Trade Center East
                                            Two Seaport Lane, Suite 300
                                            Boston, MA 02210-2028
Dated: February 10, 2005                 (617) 946-4800